UTZURRUM LAW OFFICES, A.P.C.
Joe Utzurrum, SBN 171701
11620 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
Tel:    (310) 887-1387
Fax:    (949) 309-2532
E-mail:joe@ulawoffices.com

Mailing Address:
7 Waterfront Plaza
500 Ala Moana Boulevard, Suite 400
Honolulu, HI 96813
Tel:    (808) 587-7070

Attorneys for Plaintiff
DEXTER GAINES

Tracy Thompson, SBN 88173
Martin L. Fineman, SBN 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Tel:    (415) 276-6500
Fax:    (415) 276-6599
E-mail:tracythompson@dwt.com
         martinfineman@dwt.com

Attorneys for Defendant
FOOT LOCKER, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEXTER GAINES,<br><br>        Plaintiff,<br><br>   v.<br><br>BALDWIN HILLS CRENSHAW, LLC; PROFESSIONAL SECURITY CONSULTANTS; FOOT LOCKER INC. dba FOOTACTION, LOS ANGELES POLICE OFFICER NO. 1; LOS ANGELES POLICE OFFICER NO. 2 and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:16-cv-05130-CBM (MRWx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br>[L.R. 8-3]<br><br>Complaint Served As Of August 10, 2016<br>Current Response Date:  August 31, 2016<br>New Response Date:  September 26, 2016 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
Gaines v. Baldwin Hills Crenshaw, LLC, Case No. 2:16-cv-05130-CBM (MRWx)
DWT 30176188v1 0104761-000006

Plaintiff Dexter Gaines and Defendant Foot Locker, Inc. dba FootAction ("Foot Locker") hereby stipulate as follows:

1. Foot Locker accepts service of the Summons and Complaint in the action as of August 10, 2016.

2. Foot Locker's Answer, motion or other response to the Complaint shall be served and filed on or before September 26, 2016.

IT IS SO STIPULATED.

Dated:  August 12, 2016                    UTZURRUM LAW OFFICES, A.P.C.


By: /s/ Joe Utzurrum
    Joe Utzurrum

Attorneys for Plaintiff
DEXTER GAINES


Dated:  August 12, 2016                    DAVIS WRIGHT TREMAINE LLP


By: /s/ Tracy Thompson
    Tracy Thompson

Attorneys for Defendant
FOOT LOCKER, INC.
dba FootAction

# ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-4.1.2, I, Tracy Thompson, hereby attest that the foregoing Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days was provided to Joe Utzurrum, Utzurrum Law Offices, A.P.C., and that he concurs in the filing of said Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days, and Davis Wright Tremaine LLP has and will maintain records to support this concurrence.

Dated: August 12, 2016          /s/ *Tracy Thompson*
                                Tracy Thompson