UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DEXTER GAINES, | Case No.: CV 16-5130-CBM-MRW |
|---|---|
| Plaintiff, vs. PROFESSIONAL SECURITY CONSULTANTS *et al.*, Defendants. | **JUDGMENT IN FAVOR OF FOOTLOCKER** |

Consistent with the Order Re: Defendant Foot Locker's Motion for Summary Judgment or, in the Alternative, For Partial Summary Judgment (Dkt. No. 98), judgment is entered against Plaintiff Dexter Gaines, and in favor of Defendant Foot Locker Inc.

DATED: November 21, 2017.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1